1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,           )     Case №: 1:24-CR-00236-1-KES
                                     )
9            Plaintiff,              )           **O R D E R**
                                     )     **APPOINTING COUNSEL**
10           vs.                     )
                                     )
11   JUAN FELIPE CABRERA,            )
                                     )
12           Defendant.              )
                                     )
13

14       The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18       IT IS HEREBY ORDERED that Mai S. Shawwa be appointed to represent Defendant in

19   this case effective *nunc pro tunc* to October 10, 2024.

20
21       This appointment shall remain in effect until further order of this court, or until the

22   pending criminal matter and any direct appeal is resolved, whichever is first.

23   IT IS SO ORDERED.

24       Dated:   **October 16, 2024**          _____
25                                               UNITED STATES MAGISTRATE JUDGE
26
27
28