MAI SHAWWA, SBN 236683

1226 L STREET
Bakersfield, CA 93301
Telephone: (661) 348-4483
email: mai@shawwalaw.com

Attorney for Defendant
Juan Felipe Cabrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN FELIPE CABRERA,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:24-CR-00236-KES<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>DATE: February 24, 2025<br>TIME: 9:30 A.M.<br>COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　By previous order, this supervised release violation was set for sentencing on February 24, 2025.

　　2.　Defense counsel is requesting additional time to prepare the sentencing memorandum and to reschedule due to calendar conflict with court matters in Bakersfield, CA.

　　3.　By this stipulation, initiated by the Defense, the parties stipulate that the sentencing may be continued to March 3, 2025, at 9:30 AM.  Because this case involves a supervised release sentencing, no exclusion of time is necessary.

　　IT IS SO STIPULATED.

///

///

1

Dated: February 6, 2025     /s/ *MAI SHAWWA*
MAI SHAWWA
Counsel for Defendant
JUAN FELIPE CABRERA


Dated: February 6, 2025     /s/ *PEDRO NAVIERAS*
PEDRO NAVIERAS
Assistant United States Attorney

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing date be continued until March 3, 2025, at 9:30 AM.

IT IS SO ORDERED.

Dated:    February 6, 2025   

UNITED STATES DISTRICT JUDGE

2