MAI SHAWWA, SBN 236683

1226 L STREET
Bakersfield, CA 93301
Telephone: (661) 348-4483
email: mai@shawwalaw.com

Attorney for Defendant
Juan Felipe Cabrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN FELIPE CABRERA,<br><br>Defendant. | CASE NO. 1:24-CR-00236-KES<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>DATE: March 3, 2025<br>TIME: 9:30 A.M.<br>COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release violation was set for sentencing on March 3, 2025.

2. Defense counsel is requesting additional time to prepare the sentencing memorandum and to reschedule due to calendar conflict with court matters in Bakersfield, CA.

3. By this stipulation, initiated by the Defense, the parties stipulate that the sentencing may be continued to May 12, 2025, at 9:30 AM. Because this case involves a supervised release sentencing, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  February 25, 2025 | /s/ MAI SHAWWA<br>MAI SHAWWA<br>Counsel for Defendant<br>JUAN FELIPE CABRERA |
| Dated: February 25, 2025 | /s/ PEDRO NAVIERAS<br>PEDRO NAVIERAS<br>Assistant United States Attorney |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing date be continued until May 12, 2025, at 9:30 AM.  This is the second request to continue the sentencing date.  No further continuance of the sentencing date will be permitted without a showing of exceptional good cause.

IT IS SO ORDERED.

Dated:   February 26, 2025

_____
UNITED STATES DISTRICT JUDGE

2